UNITED STATES of America,
Plaintiff–Appellee

v.

Camilo RODRIGUEZ, also known
as Lee Rodriguez, Defendant–
Appellant.

No. 12–50361.

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Camilo Rodriguez, Pecos, TX, pro se.

Before JONES, DENNIS and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Camilo Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not